UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAURICE GREEN, | ) |
| Petitioner, | ) |
| v. | ) No. 4:03-CV-1774 CAS |
| JIM MOORE, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner has not made (i) a substantial showing of the denial of a constitutional right, such that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong, or (ii) a showing that reasonable jurists would find it debatable whether the Court's procedural rulings are correct, and therefore this Court will not issue a certificate of appealability.  See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2006.